AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

COUNTY OF COOK

V.

HSBC NORTH AMERICA HOLDINGS INC., HSBC FINANCE CORPORATION, HSBC MORTGAGE CORPORATION (USA), HSBC MORTGAGE SERVICES INC., HSBC USA INC., HSBC BANK USA, NATIONAL ASSOCIATION, BENEFICIAL COMPANY LLC, DECISION ONE MORTGAGE COMPANY, LLC, and HFC COMPANY LLC

CASE NUMBER: 1:14-cv-02031

ASSIGNED JUDGE: Judge John Z. Lee

DESIGNATED MAGISTRATE JUDGE: Judge Sheila M. Finnegan

TO: (Name and address of Defendant)

Decision One Mortgage Company, LLC
c/o C T Corporation System, Registered Agent
150 FAYETTEVILLE ST., BOX 1011
RALEIGH NC 27601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James D. Montgomery Sr.
JAMES D. MONTGOMERY AND ASSOCIATES, LTD.
One North LaSalle Street
Suite 2450
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 4/14/2014 |
| NAME OF SERVER (PRINT) Todd Bowling | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): By serving CT Corporation, Registered Agent for Decision One Mortgage Company, LLC

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/14/2014         Todd B
             Date              Signature of Server

PO Box 1144 Raleigh NC 27607
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.