IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

COUNTY OF COOK

        Plaintiff,

v.

BANK OF AMERICA, et al.,

        Defendants.

Case No. 1:14-cv-2280
Judge John Z. Lee
Magistrate Judge Sheila M. Finnegan

## NOTICE OF FILING

TO: **Joel Erik Connolly**
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600
econnolly@winston.com

**Andrew Connor Erskine**
Winston & Strawn LLp
35 W. Wacker Dr.
Chicago, IL 60601
(312) 558-5600
aerskine@winston.com

PLEASE TAKE NOTICE that on May 19, 2014 we filed with the Clerk of the United States District Court for the Northern District of Illinois a copy of **Plaintiff, County of Cook's reply to your motion to reassign a case as related.**

## PROOF OF ELECTRONIC SERVICE

The undersigned, on oath, states that he served this notice and the accompanying motion by filing the same electronically using the CM/ECF system, which will send notification of such filing to all counsel of record on March 13, 2013.

        **/s/ DANIEL A. DAILEY**
        **JAMES D. MONTGOMERY, SR.**
        JAMES D. MONTGOMERY & ASSOCIATES
        One North LaSalle Street, Suite 2450
        Chicago, IL 60602
        (312) 977-0200
        ddailey@jdmlaw.com