## PROOF OF ELECTRONIC SERVICE

The undersigned, on oath, states that he served this notice and the accompanying motion by filing the same electronically using the CM/ECF system, which will send notification of such filing to all counsel of record on May 19, 2014.

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2014, I caused a true and correct copy of the foregoing to be served upon counsel of record in Case No. 14-cv-2031 by electronic filing, including counsel identified below who have also appeared in Related Case No. 14-cv-2280.

Respectfully Submitted,

**/s/ DANIEL A. DAILEY**
**JAMES D. MONTGOMERY, SR.**
JAMES D. MONTGOMERY & ASSOCIATES
One North LaSalle Street, Suite 2450
Chicago, IL 60602
(312) 977-0200
ddailey@jdmlaw.com

# SERVE LIST

**Richard Eric Gottlieb**
BuckleySandler LLP
123 N. Wacker Drive Suite 1450
Chicago, IL 60606
312-924-9885
rgottlieb@buckleysandler.com

**Valerie L Hletko**
Buckleysandler LLP
1250 24th Street Nw Suite 700
Washington, DC 20037
(202) 349-8000
vhletko@buckleysandler.com

**Brett J Natarelli**
Buckley Sandler LLP
123 N. Wacker Drive #1450
Chicago, IL 60606
(312)924-9837
bnatarelli@buckleysandler.com

**Joel Erik Connolly**
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600
econnolly@winston.com

**Andrew Connor Erskine**
Winston & Strawn LLP
35 W. Wacker Dr.
Chicago, IL 60601
(312) 558-5600
aerskine@winston.com