IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| County of Cook ) | |
| ) | Case No: 14-cv-2031 |
| ) | |
| v. ) | |
| ) | Judge: John Z. Lee |
| HSBC North America Holdings, Inc. et al | |

## ORDER

Defendants in this action have filed a motion to reassign *County of Cook v. Bank of America Corporation, et al.,* case no. 14C2280 ("BOA case") as being related to this case pursuant to Local Rule 40.4. As a matter of procedural interest, it should be noted that the BOA case was assigned erroneously to this Court by the Clerk of the Court when that case was first filed. Once the error was discovered, however, the Clerk of the Court reassigned the BOA case by lot to Judge Bucklo.

Defendants' motion is denied because, quite simply, the requirements of Local Rule 40.4 are not satisfied here. Indeed, during a status hearing before this Court on April 24, 2014, Plaintiff's counsel went to great lengths to emphasis that the proceedings in the BOA case should not be aligned or otherwise coordinated with this case in any way, stating that the two matters targeted different defendants, "are two separate cases," and "involve very different facts as to the underlying causes of the discrimination at issue and, therefore the causation at hand." (4/24/14 Hr'g Tr. at 4, 9.) Additionally, in its response to Defendant's Local Rule 40.4 motion, Plaintiff again argue that any overlapping background facts "are not dispositive on the core elements of establishing Plaintiff's FHA claims" and the "Court's ruling on the key legal issues in each case at the motion to dismiss phase (let alone the evidence at trial) cannot be dispositive of the other case." (Pl.'s Resp. Br. 3-4.) For these reasons, Plaintiffs state that "the requirements of Local Rule 40.4(b)(4) cannot be met." *(Id..)* After reviewing the respective complaints and the submissions by the parties, the Court agrees. Although the two cases involve some of the same issues of law and some general background facts related to the financial recession and its impact on the housing market, the Court concludes that the handling of both cases by the same judge is not likely to result in a substantial saving of judicial time and effort. Nor are the cases susceptible of disposition in a single proceeding. Accordingly, the movant has failed to satisfy Local Rule 40.4(b), and the motion [doc. no. 39] is denied.

Date: 5/20/14

_____
John Z. Lee
U.S. District Court Judge