# EXHIBIT G

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

COUNTY OF COOK,

       Plaintiff,

v.

HSBC NORTH AMERICA HOLDINGS INC.,
ET AL.,

       Defendant.

Case No.:     1:14-cv-2031

District Judge John Z. Lee

Magistrate Judge Sheila M. Finnegan

## DECLARATION OF PHYLLIS I. JOHNSTON REGARDING HSBC ENTITIES WITH RESIDENTIAL MORTGAGE LOAN OPERATIONS IN COOK COUNTY

Pursuant to 28 U.S.C. § 1746 I, Phyllis I. Johnston, declare as follows:

1.     I am over the age of eighteen (18) and I am competent to testify about the matters described below.

2.     I am Assistant Vice President at HSBC Mortgage Services Inc.

3.     Among the nine entities named as Defendants in the Amended Complaint, ECF No. 12 (Mar. 31, 2014), only the following entities originated residential mortgage loans in Cook County, Illinois at some point between 2003 and present:

- HSBC Mortgage Corporation (USA)

- HSBC Mortgage Services Inc.

- HSBC Bank, USA, National Association

- Decision One Mortgage Company LLC

4.      Among the nine entities named as Defendants in the Amended Complaint, ECF No. 12 (Mar. 31, 2014), the following entities did not originate residential mortgage loans in Cook County, Illinois at any point between 2003 and present:

- HSBC North America Holdings Inc.

- HSBC Finance Corporation

- HSBC USA Inc.

- HFC Company LLC

- Beneficial Company LLC

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 22nd day of May, 2014.

Phyllis I. Johnston