**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| COUNTY OF COOK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HSBC NORTH AMERICA HOLDINGS INC., ET AL.,<br><br>　　　　Defendants. | Case No.:　　1:14-cv-2031<br><br>District Judge John Z. Lee<br><br>Magistrate Judge Sheila M. Finnegan |

**[PROPOSED] ORDER
GRANTING DEFENDANTS' MOTION TO DISMISS**

　　Upon consideration of Defendants' Motion to Dismiss and supporting Memorandum of Law, it is hereby ORDERED that the Motion is GRANTED, and Plaintiff's Amended Complaint is DISMISSED WITH PREJUDICE.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　John Z. Lee
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge