IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COUNTY OF COOK,<br><br>   Plaintiff,<br><br>v.<br><br>HSBC NORTH AMERICA HOLDINGS INC., ET AL.,<br><br>   Defendants. | Case No.:  1:14-cv-2031<br><br>District Judge John Z. Lee<br><br>Magistrate Judge Sheila M. Finnegan |

### DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendants disclose as follows:

HSBC Finance Corporation is an indirect wholly-owned subsidiary of HSBC North America Holdings Inc., which is an indirect wholly-owned subsidiary of HSBC Holdings plc.

HSBC Mortgage Corporation (USA) is a wholly-owned subsidiary of HSBC Bank USA, National Association, which is a wholly owned subsidiary of HSBC USA Inc., which is indirectly owned by HSBC Holdings plc.

HSBC Mortgage Services Inc., Beneficial Company LLC, and HFC Company LLC are each wholly-owned subsidiaries of HSBC Finance Corporation which is an indirect wholly-owned subsidiary of HSBC Holdings plc.

Decision One Mortgage Company is an indirect wholly-owned subsidiary of HSBC Finance Corporation which is an indirect wholly-owned subsidiary of HSBC Holdings plc.

HSBC Holdings plc is incorporated in England with its headquarters located in London, England. The shares of HSBC Holdings plc are traded on certain foreign stock exchanges and are traded over the counter in the United States as sponsored American depository receipts.

Additionally, preferred shares and debt securities of HSBC Finance Corporation are also publically traded in the United States.

Dated: June 3, 2014     Respectfully submitted,

**HSBC NORTH AMERICA HOLDINGS INC.; HSBC FINANCE CORPORATION; HSBC MORTGAGE CORPORATION (USA); HSBC MORTGAGE SERVICES INC.; HSBC USA INC.; HSBC BANK USA, NATIONAL ASSOCIATION; BENEFICIAL COMPANY LLC; DECISION ONE MORTGAGE COMPANY, LLC; and HFC COMPANY LLC**

By:    */s/ Andrew L. Sandler*
Andrew L. Sandler *(pro hac vice)*
Valerie L. Hletko *(pro hac vice)*
Ann D. Wiles *(pro hac vice)*
Mark E. Rooney *(pro hac vice)*
BUCKLEYSANDLER LLP
1250 24th St. NW, Suite 700
Washington, D.C. 20037
(202) 349-8000 (Telephone)
(202) 349-8080 (Facsimile)
asandler@buckleysandler.com
vhletko@buckleysandler.com
awiles@buckleysandler.com
mrooney@buckleysandler.com

Richard E. Gottlieb
Brett J. Natarelli
BUCKLEYSANDLER LLP
123 N. Wacker Dr., Suite 1450
Chicago, IL 60606
(312) 924-9837 (Telephone)
(312) 924-9899 (Facsimile)
rgottlieb@buckleysandler.com
bnatarelli@buckleysandler.com

*Attorneys for Defendants*