## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

County of Cook

                      Plaintiff,

v.                                      Case No.: 1:14–cv–02031
                                      Honorable John Z. Lee

HSBC North America Holdings, Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 12, 2014:

      MINUTE entry before the Honorable John Z. Lee: Plaintiff's response to Defendant's motion to dismiss [49] due 7/3/14. Defendant's reply due 7/17/14. No appearance necessary on the motion. Court will rule by mail. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.