**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| COUNTY OF COOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:14-cv-02031 |
| | ) | |
| HSBC ET AL., | ) | Judge John Z. Lee |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   HSBC et al.

    **PLEASE TAKE NOTICE** that on this day **Monday, July 28, 2014,** I filed on behalf Plaintiff County of Cook the following document attached hereto: **PLAINTIFF'S SURREPLY**. A copy of this document is herewith served upon you.

    Respectfully submitted,

    By: /s/ Daniel A. Dailey
        Daniel A. Dailey
        Attorney for Plaintiffs

James D. Montgomery & Associates Ltd.
One North LaSalle Street
Suite 2450
Chicago, Illinois  60602
(312) 977-0200
ddailey@jdmlaw.com