**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| COUNTY OF COOK,<br><br>        Plaintiff,<br><br>v.<br><br>HSBC NORTH AMERICA HOLDINGS INC., ET AL.,<br><br>        Defendants. | Case No.:     1:14-cv-2031<br><br>District Judge John Z. Lee<br><br>Magistrate Judge Sheila M. Finnegan |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants HSBC Mortgage Corporation (USA); HSBC Mortgage Services Inc.; HSBC Bank, USA, National Association; Decision One Mortgage Company LLC; HSBC USA Inc.; HSBC Finance Corporation; HSBC North America Holdings Inc.; HFC Company LLC; and Beneficial Company LLC respectfully submit this Notice of Supplemental Authority in support of their pending Motion to Dismiss (ECF No. 49).  On October 1, 2014, the United States District Court for the Southern District of Florida dismissed an amended complaint filed by the City of Miami Gardens.  The amended complaint advanced claims under the Fair Housing Act and state law, alleging that Defendants Wells Fargo & Co. and Wells Fargo Bank, N.A. engaged in predatory and discriminatory lending practices that led to foreclosures and vacancies, which in turn led to increased expenditures for municipal services and decreased property tax revenues. *See* Order of Dismissal, *City of Miami Gardens v. Wells Fargo & Co.*, No. 14-cv-22203 (S.D. Fla. Oct. 1, 2014), ECF No. 28 (attached as Ex. A).

Dated: October 9, 2014

Respectfully submitted,

**HSBC NORTH AMERICA HOLDINGS INC.; HSBC FINANCE CORPORATION; HSBC MORTGAGE CORPORATION (USA); HSBC MORTGAGE SERVICES INC.; HSBC USA INC.; HSBC BANK USA, NATIONAL ASSOCIATION; BENEFICIAL COMPANY LLC; DECISION ONE MORTGAGE COMPANY, LLC; and HFC COMPANY LLC**

By: */s/ Andrew L. Sandler*
Andrew L. Sandler *(pro hac vice)*
Valerie L. Hletko *(pro hac vice)*
Ann D. Wiles *(pro hac vice)*
Mark E. Rooney *(pro hac vice)*
BUCKLEYSANDLER LLP
1250 24th St. NW, Suite 700
Washington, D.C. 20037
(202) 349-8000 (Telephone)
(202) 349-8080 (Facsimile)
asandler@buckleysandler.com
vhletko@buckleysandler.com
awiles@buckleysandler.com
mrooney@buckleysandler.com

Richard E. Gottlieb
Brett J. Natarelli
BUCKLEYSANDLER LLP
123 N. Wacker Dr., Suite 1450
Chicago, IL 60606
(312) 924-9837 (Telephone)
(312) 924-9899 (Facsimile)
rgottlieb@buckleysandler.com
bnatarelli@buckleysandler.com

*Attorneys for Defendants*