# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| COOK COUNTY, ILLINOIS,      ) | |
|                   ) | |
|        Plaintiff,    ) | |
|                   ) | |
| v.                  ) | Case No. 14-cv-02031 |
|                   ) | |
| HSBC ET AL.,        ) | Judge John Z. Lee |
|                   ) | |
|        Defendants.   ) | |

## PLAINTIFF'S MOTION TO STRIKE "NOTICE OF FILING SUPPLEMENTAL AUTHORITY"

Plaintiff County of Cook, Illinois, respectfully moves to strike Defendants' "Notice of Filing of a Supplemental Authority" (The Notice) [Doc. 64] that attaches a recent order of the United States District Court for the Southern District of Florida in the matter *City of Miami Gardens v. Wells Fargo* & Co. et al., 14-cv-22203 (Moreno, J.) ("*Miami Gardens*"). The Notice, presumptively relating to Defendants' Motion to Dismiss [Doc. 64], was filed ***without*** leave of this Honorable Court and, as such, is procedurally improper.

Although Defendants oppose this motion to strike,[1] legal precedence in the Northern District of Illinois holds that the filing of any argument or other material without leave of court is "strongly discouraged" after briefing has concluded, unless the filing involves a case of precedential value. *Holmes v. Razo*, 94 C 50405, 1995 WL 444407 (N.D. Ill. July 18, 1995).

---

[1] Plaintiff's Counsel conferred with Defendants' Counsel in accordance with local rules on October 16, 2014. Defendants' Counsel advised they must oppose any motion to strike.

Briefing on Defendants' motion to dismiss concluded July 28, 2014, pursuant to this Court's June 12, 2014, order. [Doc. 52]. Thus, Defendants were required to obtain leave of court to file their Notice unless the attached decision was of "precedential value."

*Miami Gardens* has no precedential value to the issues *sub judice*. The decision is not binding on this Court, and it lacks an analysis of the factual and legal issues that might support Defendants' pending motion to dismiss. *See Harris v. Quinn*,10-CV-02477, 2010 WL 4736500 (N.D. Ill. Nov. 12, 2010) ("The Court declines to speculate about the court's reasoning in *Schlaud* and thus the Court will not consider th[e] supplemental filing."). Indeed, Defendants' standing and timeliness arguments in their reply brief [Doc. 55. p. 11] heavily rely on the "*City of Miami*" orders in which one U.S. District Court Judge in the Southern District of Florida dismissed all three FHA cases with prejudice and without leave to amend.[2] *Miami Gardens,* decided by a different Southern District of Florida Judge, did not make any specific findings on standing or timeliness. Contrary to the *City of Miami* cases, *Miami Gardens* expressly permitted the municipal plaintiff to file an amended FHA complaint to provide more specificity – a very different outcome than in the *City of Miami* cases.

Thus, Defendants' "Notice of Filing of a Supplemental Authority" should be stricken.

Respectfully submitted this 17th day of October, 2014.

Dated:  October 17, 2014

ANITA ALVAREZ,
STATE'S ATTORNEY FOR COOK COUNTY

By:      /s/ Daniel A. Dailey

---

[2] This Court may take judicial notice of the fact that Notices of Appeal to the Eleventh Circuit were recently filed in those cases.

Special Assistant State's Attorney
James D. Montgomery, Sr.
jmontgomery@jdmlaw.com
James D. Montgomery, Jr.
james2@jdmlaw.com
John K. Kennedy
jkennedy@jdmlaw.com
Daniel A. Dailey
ddailey@jdmlaw.com
JAMES D. MONTGOMERY AND
ASSOCIATES, LTD.
One North LaSalle Street
Suite 2450
Chicago, Illinois 60602
Phone: (312)977-0200
Fax: (312)977-0209

James M. Evangelista (admitted *pro hac vice*)
jim@hpllegal.com
Jeffrey R. Harris (admitted *pro hac vice*)
jeff@hpllegal.com
Darren W. Penn (admitted *pro hac vice*)
darren@hpllegal.com
David J. Worley (admitted *pro hac vice*)
david@hpllegal.com
HARRIS PENN LOWRY LLP
400 Colony Square, Suite 900
1201 Peachtree Street, NE
Atlanta, GA 30361
Phone: (404)961-7650
Fax: (404)961-7651

*Special Assistant State's Attorneys*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I served the above and foregoing PLAINTIFF'S MOTION TO STRIKE "NOTICE OF FILING SUPPLEMENTAL AUTHORITY" on all parties by causing a true and correct copy to be filed with the court's electronic filing system, which should automatically send a copy to all counsel of record.

Dated: October 17, 2014 /s/ Daniel A. Dailey
Daniel A. Daily

4