**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| COOK COUNTY, ILLINOIS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 14-cv-02031 |
| HSBC ET AL., | ) ) | Judge John Z. Lee |
| Defendants. | ) ) ) | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff, Cook County, respectfully submits this Notice of Supplemental Authority in support of its Response in Opposition to Defendants' pending Motion to Dismiss. (ECF #54).

On November 14, 2014, the United States District Court for the Central District of California denied defendant, JPMorgan Chase's motion to dismiss the City of Los Angeles' First Amended Complaint. *City of Los Angeles v. JPMorgan Chase & CO. et al.*, 14-cv-04168__2014 WL 6453808 (Wright II, Otis) November 14, 2014. (Attached as Exhibit A).

In JPMorgan Chase's Motion to Dismiss, it claimed that the City of Los Angeles: (1) lacked Article III and statutory standing; (2) FHA claims were time barred; (3) allegations failed to state a cause of action; (4) failed to adequately allege its claim under disparate-impact and disparate treatment theories; and (5) failed to adequately allege that its harm-lost property-tax revenue and increased municipal services were caused by JPMorgan Chase's discriminatory

lending practices. The court denied all arguments asserted by JPMorgan Chase and set the matter for a discovery schedule.

      Submitted: November 22, 2014

      /s/ Daniel A. Dailey
      Daniel A. Dailey

      ANITA ALVAREZ,
      STATE'S ATTORNEY FOR COOK COUNTY

      Special Assistant State's Attorney
      James D. Montgomery, Sr.
      jmontgomery@jdmlaw.com
      James D. Montgomery, Jr.
      james2@jdmlaw.com
      John K. Kennedy
      jkennedy@jdmlaw.com
      Daniel A. Dailey
      ddailey@jdmlaw.com
      JAMES D. MONTGOMERY AND
      ASSOCIATES, LTD.
      One North LaSalle Street
      Suite 2450
      Chicago, Illinois 60602
      Phone: (312)977-0200
      Fax: (312)977-0209

      James M. Evangelista (admitted *pro hac vice*)
      jim@hpllegal.com
      Jeffrey R. Harris (admitted *pro hac vice*)
      jeff@hpllegal.com
      Darren W. Penn (admitted *pro hac vice*)
      darren@hpllegal.com
      David J. Worley (admitted *pro hac vice*)
      david@hpllegal.com
      HARRIS PENN LOWRY LLP
      400 Colony Square, Suite 900
      1201 Peachtree Street, NE
      Atlanta, GA  30361
      Phone: (404)961-7650
      Fax: (404)961-7651
      *Special Assistant State's Attorneys*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I served the above the foregoing NOTICE OF SUPPLEMENTAL AUTHORITY on all parties by causing a true and correct copy to be filed with the court's electronic filing system, which should automatically send a copy to all counsel of record.

Dated: November 22, 2014          /s/ Daniel A. Dailey
                                  Daniel A. Daily