# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

County of Cook

                                          Plaintiff,

v.                                                                      Case No.: 1:14−cv−02031
                                                                      Honorable John Z. Lee

HSBC North America Holdings, Inc., et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 26, 2016:

       MINUTE entry before the Honorable John Z. Lee: Status hearing held on 1/26/16. The parties are to exchange Rule 26(a)(1) disclosures by 3/1/16; initial written discovery requests are to be served by 3/22/16. The deadline to amend the pleading is 5/31/16. Fact discovery shall close on 1/31/17. The parties should meet and confer and file a joint motion for protective order and file their proposed ESI protocol by 2/19/16. Status hearing set for 4/27/16 at 9:00 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.