## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| COUNTY OF COOK,<br><br>       Plaintiff,<br><br>v.<br><br>HSBC NORTH AMERICA HOLDINGS INC., ET AL.,<br><br>       Defendants. | Case No.:    1:14-cv-2031<br><br>District Judge John Z. Lee<br><br>Magistrate Judge Sheila M. Finnegan |

## **DEFENDANTS' MOTION TO WITHDRAW COUNSEL**

Pursuant to Local Rule 83.17, Defendants HSBC North America Holdings Inc.; HSBC Finance Corporation; HSBC Mortgage Corporation (USA); HSBC Mortgage Services Inc.; HSBC USA Inc.; HSBC Bank USA, National Association; Beneficial Company LLC; Decision One Mortgage Company, LLC; and HFC Company LLC (collectively, "HSBC Defendants") respectfully move to withdraw Brett J. Natarelli as their counsel in this matter.

In support of this motion, Defendants state as follows:

1. Since April 21, 2014, Brett J. Natarelli has been one of the attorneys of record for Defendants.

2. Mr. Natarelli is no longer with the firm of BuckleySandler LLP.

3. Defendants will continue to be represented by other counsel of record from the firm of BuckleySandler LLP, including Mr. Sandler, Ms. Hletko, Ms. Wiles, and Mr. Rooney, admitted *pro hac vice* (*see* ECF No. 33), and Scott T. Sakiyama, admitted generally to the bar of this District.

1

WHEREFORE, Defendants respectfully request that the Court grant Brett J. Natarelli leave to withdraw as one of the attorneys of record in this action.

Dated: June 3, 2016

Respectfully submitted,

**HSBC NORTH AMERICA HOLDINGS INC.; HSBC FINANCE CORPORATION; HSBC MORTGAGE CORPORATION (USA); HSBC MORTGAGE SERVICES INC.; HSBC USA INC.; HSBC BANK USA, NATIONAL ASSOCIATION; BENEFICIAL COMPANY LLC; DECISION ONE MORTGAGE COMPANY, LLC; and HFC COMPANY LLC**

By: */s/ Valerie L. Hletko*
Andrew L. Sandler (*pro hac vice*)
Valerie L. Hletko (*pro hac vice*)
Ann D. Wiles (*pro hac vice*)
Mark E. Rooney (*pro hac vice*)
BUCKLEYSANDLER LLP
1250 24th St. NW, Suite 700
Washington, D.C. 20037
(202) 349-8000 (Telephone)
(202) 349-8080 (Facsimile)
asandler@buckleysandler.com
vhletko@buckleysandler.com
awiles@buckleysandler.com
mrooney@buckleysandler.com

Scott T. Sakiyama
BUCKLEYSANDLER LLP
353 N. Clark St., Suite 3600
Chicago, IL 60654
(312) 924-9893 (Telephone)
(312) 924-9899 (Facsimile)
ssakiyama@buckleysandler.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

   I hereby certify that on June 3, 2016, I caused copies of the foregoing **Defendants' Motion to Withdraw as Counsel** to be served via the ECF system upon the following:

| | |
|---|---|
| Darren Penn | Daniel A. Dailey |
| darren@hpllegal.com | ddailey@jdmlaw.com |
| David J. Worley | Michelle M. Montgomery |
| david@hpllegal.com | mmm@jdmlaw.com |
| James M. Evangelista | John K. Kennedy |
| jim@hpllegal.com | jkennedy@jdmlaw.com |
| Jeffrey Harris | James D. Montgomery & Associates, Ltd. |
| jeff@hpllegal.com | One North LaSalle Street |
| Harris Penn Lowry, LLP | Suite 2450 |
| 400 Colony Square | Chicago, IL  60601 |
| 1201 Peachtree Street, NE | |
| Suite 900 | |
| Atlanta, GA  30361 | |

   I further certify that I caused copies of the foregoing **Defendants' Motion to Withdraw as Counsel** to be served upon non-ECF Filer counsel listed below by U.S. Mail, postage pre-paid, on this 3rd day of June 2016.

James D. Montgomery, Sr.
james@jdmlaw.com
James D. Montgomery and Associates, Ltd.
One North LaSalle Street
Suite 2450
Chicago, Illinois  60602

*Attorneys for Plaintiff*

                By: */s/ Scott T. Sakiyama*
                    One of Defendants' attorneys