**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| COUNTY OF COOK,<br><br>      Plaintiff,<br><br>v.<br><br>HSBC NORTH AMERICA HOLDINGS INC., ET AL.,<br><br>      Defendants. | Case No.:    1:14-cv-2031<br><br>District Judge John Z. Lee<br><br>Magistrate Judge Sheila M. Finnegan |

## DEFENDANTS' UNCONTESTED MOTION TO STAY PROCEEDINGS PENDING SUPREME COURT RESOLUTION OF CONTROLLING ISSUES OF LAW

The HSBC Defendants (collectively, "HSBC") respectfully move the Court for a stay of the proceedings pending the Supreme Court's review of *City of Miami v. Bank of Am. Corp.*, 800 F.3d 1262 (11th Cir. 2015). Given that the Supreme Court has agreed to review issues that are outcome determinative in the instant case, a stay of the proceedings will promote judicial efficiency and conserve the parties' resources. The grounds for this Motion are set forth further in the accompanying Memorandum of Law. Plaintiff does not oppose or contest this Motion.

Dated: July 22, 2016

Respectfully submitted,

**HSBC NORTH AMERICA HOLDINGS INC.; HSBC FINANCE CORPORATION; HSBC MORTGAGE CORPORATION (USA); HSBC MORTGAGE SERVICES INC.; HSBC USA INC.; HSBC BANK USA, NATIONAL ASSOCIATION; BENEFICIAL COMPANY LLC; DECISION ONE MORTGAGE COMPANY, LLC; and HFC COMPANY LLC**

By: */s/ Valerie L. Hletko*
Andrew L. Sandler *(pro hac vice)*
Valerie L. Hletko *(pro hac vice)*
Ann D. Wiles *(pro hac vice)*
Mark E. Rooney *(pro hac vice)*
BUCKLEYSANDLER LLP
1250 24th St. NW, Suite 700
Washington, D.C. 20037
(202) 349-8000 (Telephone)
(202) 349-8080 (Facsimile)
asandler@buckleysandler.com
vhletko@buckleysandler.com
awiles@buckleysandler.com
mrooney@buckleysandler.com

Scott Sakiyama (Ill. Bar No. 6302903)
BuckleySandler LLP
353 N. Clark St., Suite 3600
Chicago, IL 60654
(312) 924-9800 (Telephone)
(312) 924-9899 (Facsimile)
ssakiyama@buckleysandler.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 22, 2016, I caused copies of the foregoing **Defendants' Uncontested Motion to Stay Proceedings Pending Supreme Court Resolution of Controlling Issues of Law** and accompanying **Memorandum of Law** to be served via the ECF system upon the following:

| | |
|---|---|
| Darren Penn<br>darren@hpllegal.com<br>David J. Worley<br>djw@eafirm.com<br>James M. Evangelista<br>jme@eafirm.com<br>Jeffrey Harris<br>jeff@hpllegal.com<br>Harris Penn Lowry, LLP<br>400 Colony Square<br>1201 Peachtree Street, NE<br>Suite 900<br>Atlanta, GA  30361 | Daniel A. Dailey<br>ddailey@jdmlaw.com<br>Michelle M. Montgomery<br>mmm@jdmlaw.com<br>John K. Kennedy<br>jkennedy@jdmlaw.com<br>James D. Montgomery & Associates, Ltd.<br>One North LaSalle Street<br>Suite 2450<br>Chicago, IL  60601 |

      I further certify that I caused copies of the foregoing **Defendants' Uncontested Motion to Stay Proceedings Pending Supreme Court Resolution of Controlling Issues of Law** and accompanying **Memorandum of Law** to be served upon non-ECF Filer counsel listed below by U.S. Mail, postage pre-paid, on this 22nd day of July, 2016.

James D. Montgomery, Sr.
james@jdmlaw.com
James D. Montgomery & Associates, Ltd.
One North LaSalle Street
Suite 2450
Chicago, IL  60601

*Attorneys for Plaintiff*

                                                By:    */s/ Valerie L. Hletko*
                                                         One of Defendants' attorneys