IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COUNTY OF COOK, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:14-cv-02031 |
| | ) | |
| HSBC ET AL., | ) | JUDGE JOHN Z. LEE |
| Defendants. | ) | |

**MOTION TO FOR LEAVE TO WITHDRAW**

Plaintiff, pursuant to Local Rule 83.17, respectfully request that the Court grant leave for Daniel A. Dailey ("Dailey"), of James D. Montgomery and Associates, Ltd., to withdraw as counsel in the above-captioned matter. In support of this Motion, Plaintiff states as follows:

1. Dailey, an attorney from James D. Montgomery and Associates, Ltd., has filed an appearance on behalf of Plaintiff in the above-captioned case.

2. James D. Montgomery and Associates, Ltd. will continue to represent the Plaintiff in this Matter.

WHEREFORE, Plaintiff request this Court grant leave for Daniel A. Dailey to withdraw from this matter, and to remove him from all service lists and as counsel for Plaintiff.

Dated: November 15, 2016

        ANITA ALVAREZ,
        STATE'S ATTORNEY FOR COOK COUNTY

    By:    /s/ Daniel A. Dailey
        Special Assistant State's Attorney

        James D. Montgomery, Sr.
        jmontgomery@jdmlaw.com
        John K. Kennedy
        jkennedy@jdmlaw.com
        Daniel A. Dailey
        ddailey@jdmlaw.com
        JAMES D. MONTGOMERY AND
        ASSOCIATES, LTD.
        One North LaSalle Street
        Suite 2450
        Chicago, Illinois 60602
        Phone: (312)977-0200
        Fax: (312)977-0209

        James M. Evangelista (admitted *pro hac vice*)
        jim@hpllegal.com
        Jeffrey R. Harris (admitted *pro hac vice*)
        jeff@hpllegal.com
        Darren W. Penn (admitted *pro hac vice*)
        darren@hpllegal.com
        David J. Worley (admitted *pro hac vice*)
        david@hpllegal.com
        HARRIS PENN LOWRY LLP
        400 Colony Square, Suite 900
        1201 Peachtree Street, NE
        Atlanta, GA  30361
        Phone: (404)961-7650
        Fax: (404)961-7651

        *Special Assistant State's Attorneys*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I served the above and foregoing **Motion for Leave to Withdraw** on all parties by causing a true and correct copy to be filed with the court's electronic filing system, which should automatically send a copy to all counsel of record.

Dated: November 15, 2016          <u>/s/ Daniel A. Dailey</u>
                                    Daniel A. Dailey