# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| COUNTY OF COOK,<br><br>    Plaintiff,<br><br>v.<br><br>HSBC NORTH AMERICA HOLDINGS INC., ET AL.,<br><br>    Defendants. | Case No.:    1:14-cv-2031<br><br>District Judge John Z. Lee<br><br>Magistrate Judge Sheila M. Finnegan<br><br>**Next Status Hearing:**<br>**Tues., April 11, 2017**<br>**9:00 A.M. in Ctrm. 1225** |

## JOINT MOTION TO CONTINUE APRIL 11 STATUS HEARING

Plaintiff County of Cook ("Plaintiff") and the HSBC Defendants ("Defendants") (collectively, the "Parties") respectfully submit this joint motion to continue the status hearing currently scheduled for April 11, 2017.

Defendants moved this Court for a stay of the proceedings on July 22, 2016 pending Supreme Court resolution of *Bank of Am. Corp. v. City of Miami*, 136 S. Ct. 2544 (June 28, 2016) (order granting *certiorari*). (*See* ECF No. 118.) Plaintiff did not oppose or contest the motion. (*See* Defs.' Mem. of Law Supp. Defs.' Mot. Stay 2 n.1, ECF No. 118-1.) The Court entered a stay on August 3, 2016 and ordered the parties to submit a status report by December 29, 2016. (*See* ECF No. 121.)

The parties submitted their joint status report on December 29, 2016. (*See* ECF No. 127.) The parties noted that the Supreme Court held oral argument in the *City of Miami* case on November 8, 2016. (*See id.* at 1.) The Parties agreed—and continue to agree— that this case should remain stayed until the Supreme Court decides or otherwise disposes of the *City of Miami* case. (*See id.*)

The next status hearing is set for April 11, 2017. (*See* ECF No. 128.) As of this filing, the Supreme Court has not issued a ruling or otherwise disposed of the *City of Miami* case. The Supreme Court's calendar indicates that Supreme Court orders or opinions will next be issued on Monday, April 17, 2017.[1] Given the status of this case, the Parties respectfully request that the status hearing currently scheduled for April 11, 2017 be continued until after the Supreme Court decides or otherwise disposes of the *City of Miami* case, at which time the Parties will move jointly to schedule a status hearing.

\* \* \* \* \*

---

[1] *See* Calendar, Supreme Court of the United States, https://www.supremecourt.gov/ (last visited April 6, 2017).

Respectfully submitted:

Signed By:  /s/ John K. Kennedy (by consent)     Signed By:  /s/ Valerie L. Hletko

James D. Montgomery, Sr.
Michelle M. Montgomery
John K. Kennedy
*Special Assistant State's Attorneys*
**JAMES D. MONTGOMERY & ASSOCIATES LTD.**
One North LaSalle Suite 2450
Chicago, IL 60602
(312) 977-0200 (Telephone)
(312) 977-0209 (Fax)
mmm@jdmlaw.com
jkennedy@jdmlaw.com

James M. Evangelista (*pro hac vice*)
David J. Worley (*pro hac vice*)
*Special Assistant State's Attorneys*
**EVANGELISTA WORLEY LLC**
8100A Roswell Rd., Suite 100
Atlanta, GA  30350
(404) 205-8400 (Telephone)
(404) 205-8395 (Fax)
jim@ewlawllc.com
david@ewlawllc.com

*Attorneys for Plaintiff*

Andrew L. Sandler (*pro hac vice*)
Valerie L. Hletko (*pro hac vice*)
Ann D. Wiles (*pro hac vice*)
Mark E. Rooney (*pro hac vice*)
**BUCKLEY SANDLER LLP**
1250 24th St. NW, Suite 700
Washington, D.C.  20037
(202) 349-8000 (Telephone)
(202) 349-8080 (Fax)
asandler@buckleysandler.com
vhletko@buckleysandler.com
awiles@buckleysandler.com
mrooney@buckleysandler.com

Scott Sakiyama (Ill. Bar No. 6302903)
**BUCKLEY SANDLER LLP**
353 N. Clark St., Suite 3600
Chicago, IL  60654
(312) 924-9800 (Telephone)
(312) 924-9899 (Fax)
ssakiyama@buckleysandler.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2017 I caused a true and correct copy of the foregoing to be served upon counsel of record by electronic filing for ECF users and by US mail for non-ECF users.

By: */s/ Valerie L. Hletko*
One of Defendants' attorneys