UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

County of Cook

                              Plaintiff,

v.                                             Case No.: 1:14–cv–02031
                                                            Honorable John Z. Lee

HSBC North America Holdings, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 7, 2017:

        MINUTE entry before the Honorable John Z. Lee: Motion hearing held on 6/7/17. Plaintiff is not present. Joint motion to have the Court enter the parties' agreed upon case management schedule in light of the Supreme Court's decision in City of Miami [133] is granted. Plaintiff's amended complaint shall be due by 7/10/17; Defendant's answer or motion to dismiss shall be due by 8/7/17; response due by 9/4/17; reply due by 9/18/17. Status hearing set for 11/15/17 at 9:00 a.m. Mailed notice(ca, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.