IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COUNTY OF COOK,<br>      Plaintiff,<br><br>    v.<br><br>HSBC NORTH AMERICA<br>HOLDINGS, INC., et al.,<br>      Defendants. | No. 14 C 2031<br>Judge John Z. Lee |

**UNCONTESTED MOTION OF PLAINTIFF COOK COUNTY
FOR LEAVE TO FILE OVERSIZED RESPONSE BRIEF**

Plaintiff County of Cook, by counsel, moves this Court for leave to file a 25-page response brief to defendants' motion to dismiss. In support thereof, plaintiff states as follows:

1. On August 7, 2017, defendants moved to dismiss plaintiff's Second Amended Complaint. Defendants press three separate arguments in favor of dismissal.

2. After reviewing defendants' motion, plaintiff believes that it will be necessary to file an oversized brief in order to fully respond to defendants' arguments.

3. Plaintiff's counsel will exercise all reasonable efforts to cut the response down to size; however, in counsel's professional judgment, responding in fewer than 25 pages will be impractical without abandoning substantive arguments or sacrificing clarity given the complexity of the issues.

4. Defense counsel has notified plaintiff's counsel that defendants will not oppose this motion.

WHEREFORE, plaintiff respectfully requests that this Court allow plaintiff to file a response brief of up to 25 pages in response to defendants' pending motion to dismiss.

    Respectfully submitted,

    **KIMBERLY M. FOXX,**
    **STATE'S ATTORNEY OF COOK**
    **COUNTY**

By:   /s/ John K. Kennedy
    **JAMES D. MONTGOMERY, SR.**
    **JOHN K. KENNEDY**
    JAMES D. MONTGOMERY & ASSOCIATES, LTD.
    One North LaSalle Street, Suite 2450
    Chicago, IL 60602
    (312) 977-0200

    **JAMES M. EVANGELISTA** (pro hac vice)
    **DAVID J. WORLEY** (pro hac vice)
    EVANGELISTA WORLEY, LLC
    8100A Roswell Road, Suite 100
    Atlanta, GA 30350
    (404) 205-8400
    Special Assistant States Attorneys.