UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COUNTY OF COOK,<br><br>   Plaintiff,<br><br>v.<br><br>HSBC NORTH AMERICA HOLDINGS INC., ET AL.,<br><br>   Defendants. | Case No.: 1:14-cv-2031<br><br>District Judge John Z. Lee<br><br>Magistrate Judge Sheila M. Finnegan |

**JOINT MOTION TO STAY PROCEEDINGS**

Plaintiff County of Cook ("Plaintiff") and the HSBC Defendants ("Defendants") (collectively, the "Parties") respectfully submit this Joint Motion to Stay all case activity in the above-captioned action following the Parties' agreement in principle to settle the case. In support of this Motion, the Parties state the following:

1. On December 31, 2019, the Parties executed a term sheet setting forth the material terms of an agreement to resolve this case.

2. The term sheet contemplates that the Parties, using their best efforts, will execute a full settlement agreement within thirty (30) days, by January 30, 2020.

3. District courts have "broad discretion to stay proceedings as an incident to its power to control its own docket." *Select Retrieval, LLC v. ABT Elecs.*, No. 11 C 03752, 2013 WL 6576861, at *3 (N.D. Ill. Dec. 13, 2013) (internal quotation mark omitted) (quoting *Clinton v. Jones*, 520 U.S. 681, 706 (1997)); *Joao Bock Transaction Sys., LLC v. First Nat'l Bank*, No. 11 C 6472, 2013 WL 4840240, at *2 (N.D. Ill Sept. 10, 2013) ("The power to stay proceedings is

incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." (quoting *Radio Corp. of America v. Igoe*, 217 F.2d 218, 220 (7th Cir. 1955))).

4. In light of the Parties' agreement in principle, it is in the Parties' interest to stay all pending activity in this case in order to focus resources on finalizing a settlement agreement and to reduce the burden of litigating this case on the Parties and the Court.

5. The Parties respectfully request that the Court stay all activity in the case and strike all pending deadlines in this action. The Parties propose that if a stipulation of dismissal is not filed within sixty (60) days after the Court's order on this Motion, the Parties will file a joint status report updating the Court on the status of a final settlement agreement.

WHEREFORE, the Parties respectfully request that the Court GRANT this Motion to Stay Proceedings, STAY this case, and STRIKE pending deadlines.

Dated: January 10, 2020

Signed By: /s/ James M. Evangelista
(with permission)

**KIMBERLY M. FOXX,
STATE'S ATTORNEY FOR COOK COUNTY**

James D. Montgomery, Sr.
james@jdmlaw.com
**JAMES D. MONTGOMERY & ASSOCIATES, LTD.**
One North LaSalle Street, Suite 2450
Chicago, IL 60602
Phone: (312) 977-0200
Fax: (312) 977-0209

James M. Evangelista (*pro hac vice*)
jim@ewlawllc.com
David J. Worley (*pro hac vice*)
david@ewlawllc.com
Kristi Stahnke McGregor (*pro hac vice*)
kristi@ewlawllc.om
**EVANGELISTA WORLEY, LLC**
500 Sugar Mill Road, Suite 245A
Atlanta, GA 30350
Phone: (404) 205-8400

*Special Assistant State's Attorneys*

Sanford P. Dumain (*pro hac vice*)
Peggy J. Wedgworth (*pro hac vice*)
Jennifer S. Czeisler (*pro hac vice*)
J. Birt Reynolds (*pro hac vice*)
Dolgora D. Dorzhieva (*pro hac vice*)
**MILBERG PHILLIPS GROSSMAN LLP**
One Pennsylvania Plaza, 19th Floor
New York, NY 10119
Phone: (212) 594-5300

Signed By: /s/ Valerie L. Hletko

Valerie L. Hletko (Ill. Bar No. 6323429)
John B. Williams III (*pro hac vice*)
Brian Bartholomay (*pro hac vice*)
Meredith P. Leeson (*pro hac vice*)
**BUCKLEY LLP**
2001 M Street NW, Suite 500
Washington, D.C. 20036
(202) 349-8000 (Telephone)
(202) 349-8080 (Facsimile)
vhletko@buckleyfirm.com
jwilliams@buckleyfirm.com
bbartholomay@buckleyfirm.com
mleeson@buckleyfirm.com

Scott Sakiyama (Ill. Bar No. 6302903)
**BUCKLEY LLP**
353 N. Clark St., Suite 3600
Chicago, IL 60654
(312) 924-9800 (Telephone)
(312) 924-9899 (Fax)
ssakiyama@buckleyfirm.com

*Attorneys for Defendants*

Mark J. Tamblyn (*pro hac vice*)
**WEXLER WALLACE LLP**
333 University Avenue, Suite 200
Sacramento, CA 95864
Phone: (916) 492-1100

Kenneth A. Wexler
Umar Sattar
**WEXLER WALLACE LLP**
55 West Monroe, Suite 3300
Chicago, IL 60603
Phone: (312) 346-2222

*Additional Counsel*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 10, 2020, I caused a true and correct copy of the foregoing to be served upon counsel of record by electronic filing.

                                    /s/ Valerie L. Hletko